# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

DAVID A. JOYCE,

      Petitioner,           2:12-cv-01432-JCM-VCF

vs.                                 **ORDER**

ANTHONY SCILLIA, *et. al.*,

      Respondents.

David Joyce, a Nevada prisoner, moves the court for an enlargement of time to permit him to effectively respond to the court's order to show cause.  Petitioner seeks an additional 45 days based on the limited access he has to the law library, which, he avers, is one day per week for a total of two hours per visit.

Good cause appearing, the motion (ECF No. 3) is **GRANTED.**  Petitioner shall file his response to the order to show cause no later than August 15, 2013.

**IT IS SO ORDERED**

Dated, June 18, 2013.

_____
UNITED STATES DISTRICT JUDGE